AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph D. Waldrop

**SUMMONS IN A CIVIL CASE**

V.

Rami Badawy et. al

CASE NUMBER  1:05CV02212

JUDGE: Reggie B. Walton

DECK TYPE: Contract

DATE STAMP: 11/14/2005

CASE NU

TO: (Name and address of Defendant)

1221 Harvard Street, N.W., LLC
c/o Rami Badawy
3410 13th Street, N.W.
Washington, D.C. 20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Eskay, Jr.
Stinson Morrison Hecker, LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

NOV 14 2005

CLERK

DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2-10-2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Laurence Park | TITLE Courier |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

G  Returned _____

G  Other (specify):  Via hand delivery by Laurence Park of Peal Courier to this address
- 941 N. Capitol St., N.E. 1st Floor Washington,D.C. 20002

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    2-21-2006
                    Date                          *Signature of Server*

Real Courier
1121 Arlington Blvd.   #539
Arlington, VA 22209

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.