UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSEPH D. WALDROP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.05-2212 (RBW) |
| RAMI BADAWY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

On November 14, 2005, the plaintiff filed this action alleging, among other things, breach of contract. Although the plaintiff has served the defendants, he has not made further efforts to pursue prosecuting the above-captioned case, i.e., seeking default judgments. Accordingly, it is hereby this 24th day of March, 2006,

**ORDERED**, that the plaintiffs shall show cause by April 7, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge