IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH D. WALDROP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02212-RBW |
| ) | |
| RAMI BADAWY, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS RAMI BADAWY AND RR 13TH STREET, LLC
TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS**

Defendants Rami Badawy and RR 13th Street, LLC, (hereinafter, "Badawy Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(5) and the Local Rules of this Court, respectfully move this Court to dismiss the First Amended Complaint for insufficiency of service of process. In support of this Motion, the Badawy Defendants state as follows:

1. On November 14, 2005, Plaintiff Joseph D. Waldrop filed his Complaint against, inter alia, the Badawy Defendants. On December 23, 2005, Plaintiff Waldrop filed his First Amended Complaint.

**I.   Insufficiency of Service of Process upon Defendant Rami Badawy**

2. On February 10, 2006, Plaintiff Waldrop caused to be filed a Return of Service indicating that Defendant Rami Badawy was served on February 9, 2006 by process being left with "Ray Badawy, brother/housemate" at 3410 13th Street, N.W., Washington, DC 20010. See Return of Service (Defendant Rami Badawy), filed herein.

3.  As of February 9, 2006, Defendant Rami Badawy did not reside at 3410 13th Street, N.W., Washington, DC 20010.  See Affidavit of Raouf Badawy (a/k/a Ray Badawy), a copy of which is attached hereto and made a part hereof as Exhibit "A".  3410 13th Street, N.W., Washington, DC 20010 is the residence of Raouf Badawy (a/k/a Ray Badawy), who is the brother of Defendant Rami Badawy.  See id.  Defendant Rami Badawy resided at 3410 13th Street, N.W., Washington, DC 20010 from about July 2005 through "late September/early October 2005," but not since then.  See id.

4.  Raouf Badawy (a/k/a Ray Badawy) returned the summons and suit papers to Plaintiff Waldrop's counsel, Robert L. Eskay, Jr., Esquire, with an explanation that Defendant Rami Badawy did not then reside at 3410 13th Street, N.W., Washington, DC 20010.  See id.

5.  Plaintiff Waldrop apparently relies upon Fed. R. Civ. P. 4(e)(2), which provides in pertinent part:  "Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States:  . . . by leaving copies [of the summons and of the complaint] at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein . . . ."

6.  Defendant Rami Badawy was not served with process in accordance with Fed. R. Civ. P. 4(e)(2) on February 9, 2006.  Moreover, Defendant Rami Badawy was not served with process in any manner available under Fed. R. Civ. P. 4 "within 120 days after the filing of the complaint," i.e., March 14, 2006, as is required by Fed. R.

Civ. P. 4(m).  Therefore, the operative affirmative pleading, the First Amended Complaint, should be dismissed without prejudice.  See, e.g., Shelton v. England, 2005 U.S. Dist. LEXIS 36126, *4 (D.D.C. Aug. 3, 2005) (Walton, J.) ([u]nder Federal Rule of Civil Procedure 12(b)(5), a Court may dismiss a complaint for ineffective service of process if the plaintiff fails to establish that she properly effectuated service pursuant to Rule (4)).

## II.     Insufficiency of Service of Process upon Defendant RR

7.     On February 21, 2006, Plaintiff Waldrop caused to be filed a Return of Service indicating that Defendant RR 13th Street, LLC was served on February 10, 2006 by process being left at "941 N. Capitol St., N.E.[,] 1st Floor[,] Washington, D.C. 20002."  See Return of Service (Defendant RR 13th Street, LLC), filed herein.

8.     "941 N. Capitol St., N.E.[,] 1st Floor[,] Washington, D.C. 20002" is the street address of the District of Columbia Department of Consumer and Regulatory Affairs.

9.     Plaintiff Waldrop apparently relies upon Fed. R. Civ. P. 4(h)(1) and D.C. Code § 29-1012, which provides in pertinent part:  "Whenever a domestic or foreign limited liability company shall fail to appoint or maintain a registered agent in the District, or whenever the registered agent cannot with reasonable diligence be found at the registered office, the Mayor shall be an agent of the limited liability company upon whom any process against the domestic or foreign limited liability company may be served and upon whom any notice or demand required or permitted by law to be served upon the limited liability company may be served.  Service on the Mayor of any

process, notice, or demand shall be made by delivering to and leaving with the Mayor, or with any clerk having charge of the Mayor's office, duplicate copies of the process, notice, or demand and a fee of $15.  If any process, notice, or demand is so served, the Mayor shall immediately cause 1 of the copies to be forwarded by registered or certified mail to the limited liability company at its principal office or at its last known address."

10.     While the Department of Consumer and Regulatory Affairs may be a designee of the Mayor of the District of Columbia for purposes of service of process under D.C. Code § 29-1012, process must be served on an authorized representative of the Superintendent of Corporations, whose offices are located on the Eighth Floor of 941 North Capitol Street, N.E., Washington, DC 20002.  See Affidavit of Pamela Casey, a copy of which is attached hereto and made a part hereof as Exhibit "B".  Under no circumstances may process be delivered to the First Floor of 941 North Capitol Street, N.E., Washington, DC 20002.  See id.

11.     Defendant RR 13th Street, LLC was not served with process through the Mayor of the District of Columbia on February 10, 2006 in accordance with Fed. R. Civ. P. 4(h)(1) and D.C. Code § 29-1012.  Cf. Eldridge v. District of Columbia, 866 A.2d 786, 787-88 (D.C. 2004) ("The flaw in appellant's argument is that, although the complaint was mailed to the Office of the Mayor and the Office of the Corporation Counsel and signed for by employees in those respective offices, they were not, however, signed for and received by the specific employees designated to receive service of process.  This court, therefore, concludes that appellant did not effect proper service of process upon

the Mayor or the Corporation Counsel in accordance with strictures of Super. Ct. Civ. R. 4 (j)(1).").

12.     Moreover, Defendant RR 13th Street, LLC was not served with process in any manner available under Fed. R. Civ. P. 4 "within 120 days after the filing of the complaint," i.e., March 14, 2006, as is required by Fed. R. Civ. P. 4(m).  Therefore, the operative affirmative pleading, the First Amended Complaint, should be dismissed without prejudice.

13.     While this Motion is made on behalf of Defendants Rami Badawy and RR 13th Street, LLC only, the same reasoning applies to Defendants N Street Condominiums, LLC, 1221 Harvard Street, N.W., LLC, 936 N Street, LLC, 1207 Columbia Road, LLC, Rami Badawy, LLC, and 1361 Irving Street, Inc.

In further support of this Motion, the Badawy Defendants respectfully submit the accompanying Statement of Points and Authorities.

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

*/s/ Russell S. Drazin*

Roy L. Kaufmann (D.C. Bar #252858)
rkaufmann@jackscamp.com
Russell S. Drazin (D.C. Bar #470091)
rdrazin@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C.  20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

Counsel for Defendants
Rami Badawy and RR 13th Street, LLC

## **LOCAL RULE 7.1(M) CERTIFICATE**

I hereby certify that, prior to filing this Motion, I was unable to obtain the consent of Plaintiff Joseph D. Waldrop, in whole or in part, to the relief requested herein.

*/s/ Russell S. Drazin*

Russell S. Drazin

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2006, I caused a copy of the Motion of Defendants Rami Badawy and RR 13 Street, LLC to Dismiss for Insufficiency of Service of Process with appended Exhibits "A" and "B", Statement of Points and Authorities in support thereof, and proposed form of Order to be served electronically upon:

>Robert L. Eskay, Jr., Esquire
>Michael E. Tucci, Esquire
>STINSON MORRISON HECKER LLP
>1150 – 18th Street, N.W.
>Suite 800
>Washington, DC  20036
>
>Counsel for Plaintiff Joseph D. Waldrop

>*/s/ Russell S. Drazin*
>_____
>Russell S. Drazin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH D. WALDROP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-02212-RBW |
| | ) | |
| RAMI BADAWY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF DEFENDANTS RAMI BADAWY AND RR 13TH STREET, LLC
TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS**

1. Fed. R. Civ. P. 4(m).

2. Fed. R. Civ. P. 12(b)(5).

3. The entire record herein.

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

/s/ Russell S. Drazin
_____
Roy L. Kaufmann (D.C. Bar #252858)
rkaufmann@jackscamp.com
Russell S. Drazin (D.C. Bar #470091)
rdrazin@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

Counsel for Defendants
Rami Badawy and RR 13th Street, LLC