IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH D. WALDROP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02212-RBW |
| ) | |
| RAMI BADAWY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING "MOTION OF DEFENDANTS RAMI BADAWY AND RR 13TH STREET, LLC TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS"

Upon consideration of the Motion of Defendants Rami Badawy and RR 13th Street, LLC to Dismiss for Insufficiency of Service of Process, the Statement of Points and Authorities in Support thereof, any Response thereto, and the entire record herein, it is, this _____ day of _____, 2006, hereby

**ORDERED**, that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the First Amended Complaint be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and 12(b)(5).

_____
Reggie B. Walton
United States District Judge

- 2 -

COPIES TO:

Robert L. Eskay, Jr., Esquire
Michael E. Tucci, Esquire
STINSON MORRISON HECKER LLP
1150 – 18th Street, N.W.
Suite 800
Washington, DC  20036


Roy L. Kaufmann, Esquire
Russell S. Drazin, Esquire
JACKSON & CAMPBELL, P.C.
1120 – 20th Street, N.W.
South Tower
Washington, DC  20036-3437

- 2 -