# Affidavit of Raouf Badawy

City of Washington
District of Columbia

COMES NOW Raouf Badawy and, after being duly sworn under oath, does declare and say:

1. My name is Raouf Badawy.

2. I reside at 3410 13th Street, N.W., Washington, D.C. 20010.

3. On or about February 9, 2006 at around 10:30 a.m., a person came to my door and asked if I was Rami Badawy. I responded that I was not and that he does not reside with me. The individual indicated he was required to deliver the papers and he placed the papers on the ground.

4. I retrieved the papers and delivered them to the office of Richard Eskay and explained that Rami Badawy does not reside with me.

5. Rami Badawy did reside in my home beginning around July 2005. He moved out of my house and has not resided in my house since late September/early October 2005.

_____
Raouf Badawy

SUBSCRIBED AND SWORN to before me this 20th day of March, 2006 by Raouf Badawy.

_____
Notary Public

My commission expires:   DEBORAH A. STEWART
                         Notary Public District of Columbia
                         My Commission Expires September 30, 2010

300120v.1

EXHIBIT
A