# **AFFIDAVIT**

District of Columbia: ss

    Pamela Casey, after being duly sworn under oath does declare and say

1. My name is Pamela Casey, I am a Paralegal with the law firm of Jackson & Campbell, P.C. I spoke with Ms. Regina Clary at the Office of Corporations at DCRA. She informed me that in order to effect service upon the Superintendent of Corporation, the following must be done:

   A. Service must be delivered to Room 800, 8th floor at 941 North Capital Street NW,

   B. Deliver to one of their qualified persons:

   | | |
   |---|---|
   | Regina Clary | Maxcine Ebb |
   | Denise Edelin | Carrie Evans |
   | Patricia E. Grays | Phyllis Gray |
   | Robert Henry | Maxine Hinson |
   | Maxine Hyman | Nicole McClendon |
   | Kim Tate | |

   C. It must be accompanied by a statement to what steps had been taken to serve the Registered Agent,

   D. It must be accompanied by a check in the amount of $10.00, and

   E. It may, under no circumstance, be left on the first floor.

   _____
   Pamela Casey

Subscribed and sworn to before me this 20th day of March 2006, by Pamela Casey.

_____
Notary Public

My Commission Expires: February 28, 2011

EXHIBIT B