**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH D. WALDROP | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action |
| | ) | |
| RAMI BADAWY, et. al. | ) | No. 1:05CV02212 |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

## RESPONSE TO SHOW CAUSE ORDER

Joseph D. Waldrop, by and through undersigned counsel, hereby responds to the Court's Order dated March 24, 2006 that directed Plaintiff to show cause "why this case should not be dismissed for want of prosecution."

Since early March, Plaintiff and Defendants have been diligently working on resolving this dispute, and Plaintiff believes that settlement documents will be finalized and executed within the next few days.

Consequently, Plaintiff hereby requests a two-week period within which to complete this process, and, if the case does not settle, Plaintiff will not oppose any request by Defendants for additional time to Answer or otherwise respond to the Amended Complaint.

/s/ Robert L. Eskay, Jr.
Robert L. Eskay, Jr. (#479408)
Michael E. Tucci    (#430470)
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 785-9100
Telefax:  (202) 785-9163
*Attorneys for Joseph P. Waldrop*