UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH D. WALDROP,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**RAMI BADAWY, *ET AL.*,**<br><br>　　　　　　　　　　**Defendants.** | Case No. 1:05-cv-2212-RBW |

**ANSWER OF 936 N STREET, NW, LLC**
**TO FIRST AMENDED COMPLAINT**

COMES NOW 936 N STREET, NW, LLC ("936 N"), a Defendant herein, by and through undersigned counsel, and in response to the First Amended Complaint filed by the Plaintiff, states as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Addressing the specifically enumerated allegations of the First Amended First Amended Complaint, 936 N states as follows:

　　　1.　　This paragraph of the First Amended Complaint states a conclusion of law to which no response is required. To the extent any response is deemed required, 936 N denies same and demands strict proof thereof.

2. This paragraph of the First Amended Complaint states a conclusion of law to which no response is required. To the extent any response is deemed required, 936 N denies same and demands strict proof thereof.

3. This paragraph of the First Amended Complaint states a conclusion of law to which no response is required. To the extent any response is deemed required, 936 N denies same and demands strict proof thereof.

4. 936 N lacks sufficient knowledge to admit or deny the allegations of this paragraph of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

5. - 11. Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of this paragraph of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

12. - 36. The allegations of these paragraphs do not pertain to 936 N, and therefore, no answer is required. To the extent an answer is deemed required, lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended

Complaint, and accordingly, denies same and demands strict proof thereof.

37.   Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of this paragraph of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

38. - 55.   Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

56.   936 N incorporates by reference its answers to paragraphs 1 - 55, inclusively, as if restated in full herein.

57. - 60.   Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

61.   936 N incorporates by reference its answers to paragraphs 1 - 55, inclusively, as if restated in full herein.

62. - 65.   Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First

Amended Complaint, and accordingly, denies same and demands strict proof thereof.

66. 936 N incorporates by reference its answers to paragraphs 1 - 65, inclusively, as if restated in full herein.

67. - 72. Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

73. 936 N incorporates by reference its answers to paragraphs 1 - 65, inclusively, as if restated in full herein.

74. - 77. Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

78. 936 N incorporates by reference its answers to paragraphs 1 - 77, inclusively, as if restated in full herein.

79. - 81. Denied as to 936 N. 936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

82.    936 N incorporates by reference its answers to paragraphs 1 - 81, inclusively, as if restated in full herein.

83. - 86.  Denied as to 936 N.  936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

87.    936 N incorporates by reference its answers to paragraphs 1 - 86, inclusively, as if restated in full herein.

88. - 91.    Denied as to 936 N.  936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

92.    936 N incorporates by reference its answers to paragraphs 1 - 91, inclusively, as if restated in full herein.

93. - 97.    Denied as to 936 N.  936 N lacks sufficient knowledge to admit or deny the remaining allegations of these paragraphs of the First Amended Complaint, and accordingly, denies same and demands strict proof thereof.

### THIRD DEFENSE

Any allegation not expressly admitted herein is hereby denied and 936 N demands strict proof thereof.

**WHEREFORE**, 936 N prays that the Court dismiss the First Amended Complaint, or enter judgment in its favor and against Plaintiff, award 936 N its taxable costs, and for such other and further relief as seems just and proper under the circumstances.

Respectfully submitted,

**FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN**, **PLLC**


By: */s/Robert E. Greenberg*
Robert E. Greenberg, Esq., DC Bar #173708
Thomas F. Murphy, Esq., DC Bar #464475
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
(202) 872-0800
*Counsel for 936 N*

U:\greenberg\CLIENT\Madeoy\Rami\Litigation\Waldrop Case\Ans 1st Amend Cmplt.wpd