IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH D. WALDROP, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 1:05-cv-2212-RBW |
| ) | |
| RAMI BADAWY, ET AL. ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes now Plaintiff Joseph D. Waldrop, by and through undersigned counsel, and Defendant 936 N Street, N.W., LLC, by and through undersigned counsel, and hereby respectfully submit this Stipulation of Dismissal With Prejudice as follows:

1. On November 14, 2005, Plaintiff initiated the above-referenced proceeding against Defendant by filing a Complaint in this Court.

2. On April 21, 2006 Defendant answered the Complaint.

3. The Plaintiff and Defendant hereby voluntarily stipulate to dismiss this proceeding, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

Wherefore, for good cause shown, the Plaintiff and the Defendant hereby request that the records of this Court reflect the parties' stipulation to dismiss this proceeding with prejudice.

Date: 6/16/06                By: /s/ Robert L. Eskay, Jr.
                                                Michael E. Tucci (D.C. Bar No. 430470)
                                                Robert L. Eskay, Jr. (D.C. Bar No. 479408)
                                                Stinson Morrison Hecker LLP
                                                1150 18th Street, N.W., Suite 800
                                                Washington, DC 20036
                                                Phone: (202) 785-9100
                                                Fax: (202) 785-9163
                                                *Counsel for Joseph D. Waldrop*

Date: 6/16/06

                                                By: /s/ Robert E. Greenberg
                                                Robert E. Greenberg, Esq. (D.C. Bar No. 173708)
                                                Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
                                                1101 17th Street, N.W.
                                                Suite 700
                                                Washington, D.C. 20036-7407
                                                Phone: (202) 872-0800
                                                Counsel for 936 N. Street, N.W., LLC