# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH D. WALDROP )<br>)<br>   Plaintiff, )<br> vs. )<br>)<br>RAMI BADAWY, ET AL. )<br>)<br>   Defendants. )<br>_____) | Civil Action No. 1:05-cv-2212-RBW |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Joseph D. Waldrop, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this Notice of Dismissal With Prejudice of this action against Defendant Rami Badawy. In support thereof, Plaintiff states as follows:

1. Defendant has not filed an Answer or Motion for Summary Judgment.

2. Plaintiff has never previously dismissed any action against Defendant based upon, or including, these same claims.

3. No order of this Court is required to effectuate this dismissal.

WHEREFORE Plaintiff requests that the Clerk dismiss this action, with prejudice.

RESPECTFULLY SUBMITTED this 16th day of June, 2006.

         **STINSON MORRISON HECKER LLP**

       By: /s/ Robert L. Eskay, Jr.
         Robert L. Eskay, Jr. (D.C. Bar No. 479408)
         1150 18th Street, N.W., Suite 800
         Washington, D.C. 20036
         reskay@stinsonmoheck.com
         202-785-9100 (telephone)
         202-785-9163 (fax)